```
Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) Case No.: CR.S. 08-00421-WBS |
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE ) STATUS CONFERENCE |
| vs. | ) Court: Hon. William B. Shubb ) Time: 8:30 a.m. ) Date: March 9, 2009 |
| Terrence Breckenridge, | ) |
| Defendant. | |

Defendant Terrence Breckenridge is charged in an indictment alleging one count of a violation of 18 U.S.C. § 922(g)(1) – Felon in Posession of a firearm.  A status conference was previously set for February 23, 2009.  The defendant is involved in defense investigation, including witness interviews and subpoenaing of documents.  The parties request that the current status conference be continued to March 9, 2009 and that date is available with the Court.

The parties agree that time should be excluded under 18 U.S.C. § 3161(h)(8)(i) for defense preparation and under local code T4.

Dated: February 19, 2009          Respectfully submitted,

-1-

                      __/s/ Shari Rusk___
                      Shari Rusk
                      Attorney for Defendant
                      Terrence Breckenridge


                      /s/ Rick Bender
                      Rick Bender
                      Assistant United States Attorney


**ORDER**


    IT IS SO ORDERED.  The Court finds excludable time through March 9, 2009, based on Local Code T4, giving counsel reasonable time to prepare.

DATED: February 20, 2009

                WILLIAM B. SHUBB
                UNITED STATES DISTRICT JUDGE