Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No.: CR.S. 08-421 WBS |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | Court: Hon. William B. Shubb |
| | Time: 8:30 a.m. |
| Terrence Breckenridge, | Date: March 16, 2009 |
| Defendant. | |

Defendant Terrence Breckenridge is charged in an indictment alleging one count of a violation of 18 U.S.C. § 922(g)(1) - Felon in Posession of a firearm. A status conference was previously set for March 9, 2009. The defendant is involved in defense investigation, including witness interviews and subpoenaing of documents. The parties request that the current status conference be continued to March 16, 2009 at 8:30 a.m., and that date is available with the Court.

The parties agree that time should be excluded under 18 U.S.C. § 3161(h)(8)(i) for defense preparation and under local code T4.

-1-

Dated: March 4, 2009            Respectfully submitted,


                                __/s/ Shari Rusk___
                                Shari Rusk
                                Attorney for Defendant
                                Terrence Breckenridge


                                /s/ Rick Bender
                                Rick Bender
                                Assistant United States Attorney


**ORDER**


   IT IS SO ORDERED.  The Court finds excludable time through March 16, 2009, based on Local Code T4, giving counsel reasonable time to prepare.

DATED:  March 4, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE