Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No.: CR.S. 08-421 WBS |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | Court: Hon. William B. Shubb |
| | Time: 8:30 a.m. |
| | Date: April 13, 2009 |
| Terrence Breckenridge, | |
| Defendant. | |

Defendant Terrence Breckenridge is charged in an indictment alleging one count of a violation of 18 U.S.C. § 922(g)(1) – Felon in Possession of a firearm. A trial confirmation hearing was previously set for April 13, 2009. The defendant is involved in defense investigation, including witness interviews and subpoenaing of documents. The defense has also recovered a cell phone that may have a deleted video clip of the incident charged in the indictment. Defense experts are examining it to see if it can be restored. The parties request that the trial confirmation hearing be continued to July 13, 2009 and the trial date be continued to August 11, 2009, if that date is available with the Court.

The parties agree that time should be excluded under 18 U.S.C. § 3161(h)(8)(i) for defense preparation and under local code T4.

-1-

Dated: April 9, 2009          Respectfully submitted,


                              __/s/ Shari Rusk___
                              Shari Rusk
                              Attorney for Defendant
                              Terrence Breckenridge


                              /s/ Rick Bender
                              Rick Bender
                              Assistant United States Attorney


**ORDER**

    IT IS SO ORDERED.  The Court finds excludable time through July 13, 2009, based on Local Code T4, giving counsel reasonable time to prepare.

DATED:  April 10, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE