BENJAMIN B. WAGNER
United States Attorney
DANIEL S. McCONKIE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone (916) 554-2725

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR. 08-421 WBS |
| Plaintiff, | ) ) | SEALING ORDER RE: UNREDACTED GRAND JURY TRANSCRIPT |
| v. | ) | |
| TERRENCE BRECKENRIDGE, | ) | |
| Defendant. | ) | |

SEALING ORDER

The government has already filed a copy of the grand jury transcript in which the name of a confidential informant has been redacted (Docket No. 28 Ex. 1).

Therefore, upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED, that the attached unredacted grand jury transcript be SEALED.

DATED: November 16, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1